```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 04893
    ANTHONY C DOWDELL
    BEATRIZ A DOWDELL                        CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-0224     SSN XXX-XX-1053

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 03/20/2007 and was confirmed 06/13/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  75.00%.

      The case was dismissed after confirmation 10/01/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
AMERICAS SERVICING COMPA CURRENT MORTG        .00            .00            .00
AMERICAS SERVICING COMPA MORTGAGE ARRE    4249.58            .00        4249.58
AMERICAS SERVICING       NOTICE ONLY     NOT FILED           .00            .00
CONSUMER PORTFOLIO SERV  SECURED VEHIC        .00            .00            .00
CONSUMER PORTFOLIO SERV  UNSECURED            .00            .00            .00
INTERNAL REVENUE SERVICE PRIORITY         5026.75            .00        5026.75
INTERNAL REVENUE SERVICE NOTICE ONLY     NOT FILED           .00            .00
AFNI INC                 UNSECURED       NOT FILED           .00            .00
AFNI                     NOTICE ONLY     NOT FILED           .00            .00
AFNI                     NOTICE ONLY     NOT FILED           .00            .00
BLITT & GAINES           UNSECURED       NOT FILED           .00            .00
SPRINT PCS               UNSECURED            .00            .00            .00
CAVALRY PORTFOLIO SERVIC NOTICE ONLY     NOT FILED           .00            .00
CAVALRY PORTFOLIO SERV   NOTICE ONLY     NOT FILED           .00            .00
CAVALRY PORTFOLIO SERV   NOTICE ONLY     NOT FILED           .00            .00
CHECK PROTECTION SYSTEMS UNSECURED       NOT FILED           .00            .00
COMPUTER CREDIT SERVICES UNSECURED       NOT FILED           .00            .00
COMPUTER COLLECTION SERV NOTICE ONLY     NOT FILED           .00            .00
CREDITORS DISCOUNT & AUD UNSECURED       NOT FILED           .00            .00
CREDITORS DISCOUNT & AUD NOTICE ONLY     NOT FILED           .00            .00
DEPENDON COLLECTIONS SER UNSECURED       NOT FILED           .00            .00
DEPENDON COLLECTION SERV NOTICE ONLY     NOT FILED           .00            .00
PREMIER BANCARD CHARTER  UNSECURED         388.15            .00          99.40
HELLER & FRISONE~        UNSECURED       NOT FILED           .00            .00
HELLER & FRISONE         NOTICE ONLY     NOT FILED           .00            .00
ECAST SETTLEMENT CORP    UNSECURED         540.75            .00         138.47
HSBC NV                  UNSECURED       NOT FILED           .00            .00
IC SYSTEMS INC           UNSECURED         171.00            .00          43.79
KOMYATTE & FREELAND      UNSECURED         537.00            .00         137.52
KOMYATT & ASSOCIATES     NOTICE ONLY     NOT FILED           .00            .00
KOMYATTE & FREELAND      UNSECURED         220.10            .00          56.36
KOMYATT & ASSOCIATES     NOTICE ONLY     NOT FILED           .00            .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 04893 ANTHONY C DOWDELL & BEATRIZ A DOWDELL

```
KOMYATTE & FREELAND        UNSECURED           39.81              .00              .00
NICOR GAS                  UNSECURED         1090.32              .00           279.21
NICOR GAS                  NOTICE ONLY    NOT FILED               .00              .00
NW ENDOCRONOLOGY & DIAB    UNSECURED      NOT FILED               .00              .00
NATIONAL PAYMENT CENTER    UNSECURED         3191.57              .00           817.30
US DEPT OF EDUCATION       NOTICE ONLY    NOT FILED               .00              .00
US DEPT OF EDUCATION       NOTICE ONLY    NOT FILED               .00              .00
VILLAGE OF LYNWOOD         UNSECURED      NOT FILED               .00              .00
VILLAGE OF MAYWOOD         UNSECURED      NOT FILED               .00              .00
WASHINGTON MUTUAL          UNSECURED      NOT FILED               .00              .00
AARON'S                    NOTICE ONLY    NOT FILED               .00              .00
AMERICAS SERVICING COMPA   NOTICE ONLY    NOT FILED               .00              .00
BUDS AMBULANCE SERVICE     UNSECURED          103.12              .00            26.41
SPRINT-NEXTEL CORP         UNSECURED          475.76              .00            58.04
METHODIST HOSPITAL         UNSECURED           25.00              .00              .00
COMMONWEALTH EDISON        UNSECURED          200.87              .00            51.44
INTERNAL REVENUE SERVICE   UNSECURED           36.50              .00              .00
LEDFORD & WU               DEBTOR ATTY    2,000.00                           2,000.00
TOM VAUGHN                 TRUSTEE                                           1,006.30
DEBTOR REFUND              REFUND                                               97.53


       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  14,088.10

PRIORITY                                          5,026.75
SECURED                                           4,249.58
UNSECURED                                         1,707.94
ADMINISTRATIVE                                    2,000.00
TRUSTEE COMPENSATION                              1,006.30
DEBTOR REFUND                                        97.53
                         ---------------         ---------------
TOTALS                   14,088.10               14,088.10
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 01/26/09           _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE